**[J-40-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF ANTON ANDREW FOR THE DEMOCRATIC NOMINATION FOR REPRESENTATIVE IN THE GENERAL ASSEMBLY, 160TH DISTRICT | : : : : : : | No. 22 MAP 2020<br><br>Appeal from the Order of the Commonwealth Court at No. 127 MD 2020 dated March 17, 2020 |
| APPEAL OF: LINDSAY ELIZABETH ROMAN AND SHELLY WILSON CHAUNCEY | : : : : : : | SUBMITTED: March 31, 2020 |

<u>**ORDER**</u>

**PER CURIAM**                                        **DECIDED:  April 7, 2020**

**AND NOW**, this 7th day of April, 2020, the Order of the Commonwealth Court is hereby **AFFIRMED**.  The parties' joint ancillary application to supplement the transcript with exhibits is **GRANTED**.